[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 30, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13702

_____

D. C. Docket No. 06-00560-CV-T-27-MSS

CAPT. CHANCE, INC.,
LEONARD SHRIMP PRODUCERS, INC.,
ST. PAUL FIRE & MARINE INSURANCE CO.,
ZURICH AMERICAN INSURANCE CO.,
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,

Plaintiffs-Appellants,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 30, 2008)**

Before BIRCH  and DUBINA, Circuit Judges, and GOLDBERG[*], Judge.

PER CURIAM:

Having carefully reviewed the briefs of the parties and the record and having heard oral argument in this case, we hereby affirm the thorough and well-reasoned opinion of the district court.

**AFFIRMED.**

---

[*]Honorable Richard W. Goldberg, United States Court of International Trade Judge, sitting by designation.